UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Yaakov Kasten,

individually and on behalf of all others similarly situated,
    Plaintiff,

       v.                                        CASE NO.: **1:21-cv-483**

Alltran Financial, LP, and

John Does 1-25,
    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Yaakov Kasten and Defendant Alltran Financial, LP in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this party and case is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 8, 2021

| For Plaintiff Yaakov Kasten | For Defendant Alltran Financial, LP |
|---|---|
| *s/ Eliyahu Babad* | *s/ Aaron R. Easley* |
| Eliyahu Babad, Esq. | Aaron R. Easley, Esq. |
| Stein Saks, PLLC | Sessions, Israel & Shartle |
| 285 Passaic Street | 3 Cross Creek Drive |
| Hackensack, NJ 07601 | Flemington, NJ 08822 |
| 201-282-6500 | (908 237-1660 |
| ebabad@steinsakslegal.com | aeasley@sessions.legal.com |

**SO ORDERED.**

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: April 8, 2021
    Brooklyn, New York

1